**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JESSIE RAMIREZ**                                                                          **PLAINTIFF**

**vs.**                                                           **CIVIL ACTION NO.: 3:16-CV-626-HTW-LRA**

**BUREAU OF PRISONS**                                                                 **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 31]**. Based upon the evidence therein contained, this court, finds the Report and Recommendation well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 31]** is hereby **ADOPTED** as the order of this court.

Further, this Court hereby **DISMISSES** this lawsuit with prejudice as recommended, and as such DENIES the Motion for Temporary Restraining Order and Motion for Injunctive Relief [Docket No. 22]. The parties are to bear their own costs.

SO ORDERED, this this   21st   day of  July  , 2017.

                                                                **s/ HENRY T. WINGATE**
                                                                **UNITED STATES DISTRICT COURT JUDGE**